IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Gary, Eligah | Case Number: 07 B 12995 |
|---|---|---|
| | Gary, Julia M | Judge: Hollis, Pamela S |
| | Printed: 5/13/08 | Filed: 7/20/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 31, 2008
Confirmed: October 29, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,060.00 |  |
| Secured: |  | 1,002.76 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 57.24 |
| Other Funds: |  | 0.00 |
| Totals: | 1,060.00 | 1,060.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,000.00 | 0.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 4. | Great American Finance Company | Secured | 0.00 | 0.00 |
| 5. | Ford Motor Credit Corporation | Secured | 11,601.71 | 1,002.76 |
| 6. | Wells Fargo Home Mortgage | Secured | 2,292.99 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 145.00 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 49.03 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 116.41 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 82.37 | 0.00 |
| 11. | Target National Bank | Unsecured | 27.13 | 0.00 |
| 12. | Monterey Financial Services | Unsecured | 27.62 | 0.00 |
| 13. | Peoples Energy Corp | Unsecured | 162.19 | 0.00 |
| 14. | CitiFinancial | Secured | | No Claim Filed |
| 15. | Baluchi Medical | Unsecured | | No Claim Filed |
| 16. | CitiFinancial | Unsecured | | No Claim Filed |
| 17. | AT&T | Unsecured | | No Claim Filed |
| 18. | Harris & Harris | Unsecured | | No Claim Filed |
| 19. | City Of Chicago | Unsecured | | No Claim Filed |
| 20. | Advocate Health Care | Unsecured | | No Claim Filed |
| 21. | Anthony Marinelli MD | Unsecured | | No Claim Filed |
| 22. | Comcast | Unsecured | | No Claim Filed |
| 23. | Horizon Emergency Physicians | Unsecured | | No Claim Filed |
| 24. | Anthony Marinelli MD | Unsecured | | No Claim Filed |
| 25. | Illinois Collection Service | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Gary, Eligah | | Case Number: 07 B 12995 |
| --- | --- | --- | --- |
| | Gary, Julia M | | Judge: Hollis, Pamela S |
| | Printed: 5/13/08 | | Filed: 7/20/07 |

| | | | | |
| --- | --- | --- | --- | --- |
| 26. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 27. | Financial Asset Management Systems, Inc | Unsecured | | No Claim Filed |
| 28. | Walgreen Home Medical Center | Unsecured | | No Claim Filed |
| 29. | Medical Collections | Unsecured | | No Claim Filed |
| 30. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 31. | Seventh Avenue | Unsecured | | No Claim Filed |
| 32. | Resurrection Health Care | Unsecured | | No Claim Filed |
| 33. | Santanna Energy Service | Unsecured | | No Claim Filed |
| 34. | Silkies | Unsecured | | No Claim Filed |
| 35. | Van Ru Collection Agency | Unsecured | | No Claim Filed |
| 36. | Village Radiology, Ltd. | Unsecured | | No Claim Filed |
| 37. | Sprint | Unsecured | | No Claim Filed |
| 38. | Integrated Home Care Services | Unsecured | | No Claim Filed |
| 39. | Crsi/Syms | Unsecured | | No Claim Filed |
| 40. | West Suburban Healthcare | Unsecured | | No Claim Filed |
| 41. | Monterey Financial Services | Unsecured | | No Claim Filed |

$ 16,504.45         $ 1,002.76

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 5.4% | 57.24 |

$ 57.24

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

